LESTER W. KAUFMAN, Respondent, v. SALVATORE SALERNO, Appellant.— Order of the County Court of Nassau county reversed, with ten dollars costs and disbursements, and motion to vacate the *ex parte* order of the County Court, dated July 14, 1921 granted, with ten dollars costs. As the indictment of the defendant is still pending, the money deposited in lieu of bail should be held as security for defendant's appearance. The plaintiff, respondent, is directed to return the moneys received under said order to the sheriff of Nassau county, with interest, and the sheriff in turn shall return the money received by him from the county treasurer to said treasurer, to be held as cash bail under the indictment still undisposed of. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

FRANK A. KIERNAN and MILDRED W. KIERNAN, Respondents, v. STELLA B. HAFF, Appellant.— Judgment reversed, with costs, and judgment unanimously directed for the defendant, with costs. We think upon the evidence contained in the record that the maintenance of the barn in question and the toilet, for upwards of twenty-five years, with the acquiescence of plaintiffs' grantors constituted a practical location of the boundary line in dispute within the authorities. (*Katz* v. *Kaiser*, 154 N. Y. 294; *Ford* v. *Schlosser*, 13 Misc. Rep. 205.) Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur. Settle order and findings in accordance with this memorandum before Mr. Justice Young.

THE NORTH RIVER STEAMBOAT COMPANY, Respondent, v. THE HOME INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs, upon the ground that the parties by their conduct under similar policies in the past had construed the meaning of this clause — the right of the assured to go to a dry dock south of Piermont. Manning, Kelby and Young, JJ., concur; Jaycox, J., dissents on the ground of a breach of warranty in going south of Piermont, contrary to the terms of the policy, with whom Blackmar, P. J., concurs.

JANE O'NEILL, Respondent, v. DEWEY AUERBACH and HENRY G. AUERBACH, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

JAMES O'NEILL, Respondent, v. DEWEY AUERBACH and HENRY G. AUERBACH, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY CARSTENS, Appellant, v. GEORGE CARSTENS, Respondent.— Order of the County Court of Richmond county in so far as it modifies the order and judgment of the Domestic Relations Court reversed, and the order and judgment of the Domestic Relations Court as originally made affirmed, without costs. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.